THE HONORABLE LONNY SUKO

HEATHER C. YAKELY
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARJORIE S. MILLER and TIMOTHY MILLER, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Defendants. | Case No. CV-08-3037-LRS<br><br>ORDER FOR DISMISSAL |

**ORDER**

THIS MATTER coming on for hearing in open court upon stipulation of the parties, Ct. Rec. 35, through their respective counsel, and it appearing that the parties having been fully settled and compromised and that this matter should be dismissed with prejudice and without costs in this action.

ORDER FOR DISMISSAL
page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-entitled action and all causes therein be, and the same are hereby dismissed with prejudice and without costs. The parties "Stipulated Motion of Dismissal," Ct. Rec. 35, is GRANTED. The file in this matter shall be CLOSED.

DONE IN OPEN COURT this 13th day of October, 2009.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Chief U.S. District Court Judge

Presented by:
EVANS, CRAVEN & LACKIE, P.S.

By   s/ Heather C. Yakely
HEATHER C. YAKELY, #28848
Attorneys for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

ORDER FOR DISMISSAL
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1
2
3
4   Approved as to form and content:
    DELORIE-JOHNSON, P.L.L.C.
5
6
7   By s/Richard R. Johnson
    RICHARD R. JOHNSON, #6481
8   Attorneys for Plaintiffs
9   Delorie-Johnson, PLLC
    917 Triple Crown Way, Suite 200
10  Yakima, WA 98908
11  (509) 469-6900
12  (509) 454-6956 facsimile
    richard@deloriejohnson.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
  ORDER FOR DISMISSAL
  page 3